Dismissed and Memorandum Opinion filed February 22, 2007








Dismissed
and Memorandum Opinion filed February 22, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00296-CV

____________

 

ROGER HOBART EVANS, III, Appellant

 

V.

 

C. CAMPBELL EVANS, ET AL., Appellees

 



 

On Appeal from the 215th District
Court

Harris County, Texas

Trial Court Cause No. 04-36436

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed February 22, 2006.  On February 12, 2007, 

the parties filed a joint
motion to dismiss the appeal because the case has been settled. See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
February 22, 2007.

Panel consists of Justices Yates, Anderson, and Hudson.